**STATEMENT OF FACTS**

Case: 1:20−mj−00158
Assigned To : Harvey, G. Michael
Assign. Date : 8/12/2020
Description: Complaint w/ Arrest Warrant

      On August 11, 2020, at approximately 10:08 p.m., an individual later identified as Zachary Michael Madsen (hereinafter "Madsen" or "Defendant") entered the restricted area surrounding the White House in Washington, D.C.

      The White House complex, which includes, among other things, the White House Mansion and the White House grounds, is a restricted area in Washington, D.C. Only people with authorized access are permitted inside the White House complex, which has both permanent and movable security barriers surrounding it ("security barriers"). There are signs posted along the security barriers that state "Restricted Area, Do Not Enter."

      U.S. Secret Service ("Secret Service") Uniformed Division ("UD") Officer Brian Roche, while on duty and in full police uniform and on a routine foot patrol, received a radio transmission from UD Officer Terrence Noble that the Defendant, later identified as Madsen by his Colorado Driver's License, had jumped over two security barriers marked with two posted white and red signs stating "Restricted Area DO NOT ENTER" on the north side of Alexander Hamilton Place, N.W. Alexander Hamilton Place, N.W., is closed to all public vehicle traffic and pedestrian foot traffic. Officer Noble, also in full police uniform, observed the Defendant jumping both security barriers and continuing further down Alexander Hamilton Place, N.W. Officer Noble identified himself as a police officer and commanded the Defendant to stop. After the Defendant ignored Officer Noble's commands, Officer Noble again asked the Defendant to stop and get on the ground, and the Defendant complied. Officer Noble detained the Defendant. A check of the Defendant through the Secret Service Joint Operation Center (JOC) revealed that the Defendant is a reported missing person from Colorado.

      Secret Service Special Agent Bencosme and UD Officer Greenwood arrived on scene to interview the Defendant. They identified themselves to the Defendant and read him his Miranda rights. The Defendant waived his Miranda rights and agreed to speak with the agents. The Defendant stated he left his home in Colorado because he had a dispute with his parents because they told him to get a job or leave their house. The Defendant stated that he was not ready for a job because God told him he wasn't. He also stated that he left his parents' house in Colorado on about July 22, 2020, to travel to Texas for vacation and to get away from his family. He stated he spent time at the beach and in his hotel room in Texas. However, he refused to give specific information as to which beach, hotel, or town in Texas in which he had stayed. The Defendant stated that he was told by God while in Texas to go to the White House to speak to the President of the United States. He stated he left Texas en-route to D.C. on August 9, 2020, and August 11, 2020. The Defendant stated he only stopped twice at two Holiday-Inn hotels to rest, and the Defendant claimed he did not remember the locations of the hotels.

      The Defendant stated that when he arrived to the White House, he was looking for a place to enter, and when he arrived at Alexander Hamilton Place, N.W., and 15th Street, he decided to enter through there. The Defendant stated that he heard the UD Officers give him instructions, but he refused to comply due to the fact that God sent him to speak to President of the United States. The Defendant stated he knew the outcome would be him sleeping in jail for the night, but he also stated that God sent him to rest in jail.

The Defendant stated he is on probation for stalking behavior when he attended college in Nebraska. He stated he was arrested twice for a restraining order violation for his stalking charges in 2018 and was sentenced to 24 months' probation in 2019. The Defendant stated that, because of his stalking charges, he was ordered by a court to speak to mental health professionals on a weekly basis and that he was obtaining services through an entity in Middleton, Colorado.

Defendant stated he was unemployed and was getting around by using his credit cards and money he had saved up from his previous employment in Colorado. The Defendant also stated he did not have any family in D.C. or Texas. The Defendant stated he has no plans yet as to what he is going to do when he is released from jail.

After Special Agent Bencosme and UD Officer Greenwood left, Officers Brian Roche and Chase Smith asked the Defendant if he would also be willing to talk to them as well because they had a few follow up questions. The Defendant agreed. In response to questions about why the Defendant jumped over the barriers and if he knew the area was restricted, the Defendant stated to the Officers he jumped over the two security barriers and refused to listen to officer commands because he wanted to speak to the President, but knew he wouldn't get far onto the complex.

Based on the foregoing, your affiant submits that there is probable cause to believe that the defendant violated 18 U.S.C. § 1752(a)(1) (Unlawful entry into restricted grounds) and 22 D.C. Code § 3302(b) (Unlawful entry on property).

_____
Brian Roche
Officer, United States Secret Service
Badge Number 2412

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 12th day of August, 2020.

_____
The Honorable G. Michael Harvey
United States Magistrate Judge